JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

MICHONNE L. OMO, SB IL 6309833
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4845
Facsimile: (415) 744-0134
E-Mail: michonne.omo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GABRIEL AGUSTIN HERNANDEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 2:22-cv-01295-NJK<br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER**<br><br>(***FIRST REQUEST***) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 45-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by October 28, 2022. This is the Commissioner's first request for an extension of time.

Defendant submits that good cause exists for this extension request. There were errors identified within the CAR, and the Office of Appellate Operations (which prepares and certifies the certified administrative record) requires additional time to prepare a corrected CAR. The undersigned apologizes for this delay.

Accordingly, Defendant requests an extension in which to respond to the Complaint until December 12, 2022. If Defendant is unable to produce the certified administrative record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

The undersigned conferred with Plaintiff's counsel, who confirmed on October 19, 2022, that Plaintiff has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including December 12, 2022.

//
//
//
//
//
//
//

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 20, 2022